IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00901-WJM-NRN

MICHAELLA LYNN SURAT,

    Plaintiff,

v.

RANDALL KLAMSER in his individual capacity, and
CITY OF FORT COLLINS, a municipality,

    Defendants.

## MOTION TO WITHDRAW JOHN F. PETERS, ESQ.

John F. Peters, Esq., of Hall & Evans, LLC, counsel for Defendants Randall Klamser and The City of Fort Collins ("Defendants"), hereby moves the Court for an Order allowing him to withdraw as counsel of record:

1. <u>Certificate Pursuant to D.C.COLO.LCivR.7.1:</u> Because this motion is brought pursuant to D.C.COLO.LAtty5(b), conferral is not required. *See* D.C.COLO.L.CivR7(b)(4).

2. Mr. Peters will no longer be employed by Hall & Evans, LLC, effective April 19, 2021.

3. Mark S. Ratner, Esq., of Hall & Evans, LLC, will continue to represent Defendants.

4. Defendants have received notification of the proposed withdrawal.

4088263.1

5. Because of the continuous representation, Mr. Peters did not notify Defendants that they are responsible for complying with all court orders and time limitations, nor that they are required to obtain legal counsel, as would otherwise be required by D.C.Colo.LAttyR5(b).

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit John F. Peters, Esq., to withdraw as counsel for Defendants Randall Klamser and The City of Fort Collins.

Dated and respectfully submitted this 19th day of April, 2021.

Respectfully submitted,

s/ *John F. Peters*
Mark S. Ratner, Esq.
John Peters, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
petersj@hallevans.com

and

s/ *John R. Duval*
John R. Duval, Esq.
Deputy City Attorney
City of Fort Collins
P.O. Box 580
Fort Collins, CO 80522
(970) 221-6520
jduval@fcgov.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on the 19th day of April, 2021, I electronically filed the foregoing Motion to Withdraw John F. Peters, Esq. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lane, Esq.
Andrew McNulty, Esq.
Helen S. Oh, Esq.
Killmer, Lane & Newman, LLP
1543 Champa St, Suite 400
Denver, CO 80202
303-571-1000 Phone
303-571-1001 Fax
dlane@kln-law.com
amcnulty@kln-law.com
hoh@kln-law.com

*Attorneys for Plaintiff*

                                                     *s/ Therese Curtin*, Legal Assistant
                                                   Mark S. Ratner
                                                   John F. Peters
                                                   Hall & Evans, LLC
                                                   1001 Seventeenth St., Suite 300
                                                   Denver, CO 80202
                                                   Phone: 303-628-3300
                                                   Fax:    303-628-3368
                                                   ratnerm@hallevans.com
                                                   petersj@hallevans.com

                                                   **ATTORNEYS FOR DEFENDANTS**

3