IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR-PORTABLE |
| Date: July 11, 2019 | Alfred A. Arraj United States Courthouse |

Civil Action No. 16-cv-03038-KLM

| *Parties*: | *Counsel*: |
|---|---|
| MEGHAN LILLIS, ET AL., | Anna Holland-Edwards |
| | Erica Grossman |
| Plaintiffs, | David Lane |
| | Liana Orshan |
| v. | |
| CORRECT CARE SOLUTIONS, LLC, ET AL., | Writer Mott |
| | Rebecca Taylor |
| Defendants. | |

**COURTROOM MINUTES**

**MOTIONS HEARING**
**Court in session: 9:37 a.m.; 11:14 a.m.**

Argument by counsel for the Plaintiff and defense counsel as to Plaintiff's Motion to Certify Defendant's Interlocutory Appeal as Frivolous and Request for Immediate Hearing [202].

For the reasons as stated on the record it is:

**ORDERED:** Plaintiff's Motion to Certify Defendant's Interlocutory Appeal as Frivolous and Request for Immediate Hearing [202] is **GRANTED.**

Defense counsel makes an oral Motion for Extension of Time to Submit Proposed Final Pretrial Order and Jury Instructions.

**ORDERED:** Defendant's oral Motion for Extension of Time to Submit Proposed Final Pretrial Order and Jury Instructions is **GRANTED.** The parties may submit

their proposed Final Pretrial Order and Proposed Jury Instructions **no later than July 16, 2019 at 5:00 p.m.**

HEARING CONCLUDED.
**Court in recess:** 10:22 a.m.; 11:30 a.m.
Total Time: 01:01

To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.