**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00901-WJM-NRN

MICHAELLA LYNN SURAT,

      Plaintiff,

v.

CITY OF FORT COLLINS,

      Defendant.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff, Michaella Surat by and through her attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulates to the dismissal of all causes of action against the defendant in this case, with prejudice and with each party to pay his own costs and fees.

Respectfully submitted this 7th day of May 2024.


KILLMER LANE, LLP

HALL & EVANS, LLC

*/s/ Mark Ratner*

*/s/ David Lane*

Mark Ratner
1001 Seventeenth St., Ste 300

David Lane
Madison Lips
1543 Champa Street, Suite 400
Denver, CO 80202
(303)571-1000
dlane@kilmerlane.com
mlips@kilmerlane.com
*Attorneys for Plaintiff*

Denver, CO 80202
(303)_ 628-3792
ratnerm@hallevans.com
*Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE (CM/ECF)</u>**

      I certify that on this 7th day of May 2024 I filed a true and correct copy of the foregoing via CM/ECF which will generate e-mailed notice to the following:

Mark Ratner
Brenden Desmond
Hall & Evans, LLC
1001 Seventeenth Street, Ste 300
Denver, CO 80202
303-628-3492
ratnerm@hallevans.com
desmondb@hallevans.com

Michaella Surat
Via E-Mail

<u>s/ Jamie Akard</u>
Paralegal
